Eric P. Early, State Bar Number 166275
 eearly@earlysullivan.com
Christopher I. Ritter, State Bar Number 143473
 critter@earlysullivan.com
Kevin S. Sinclair, State Bar Number 254069
 ksinclair@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUN MATSUBA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHICAGO TTILE INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No.: 13-CV-03828-ABC (JEMx)<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Hearing:<br>Date: September 30, 2013<br>Time: 10:00 a.m.<br>Dept: Courtroom 680 |

NOTE: CHANGES MADE BY THE COURT



**JUDGMENT**

30693.1

1  The Court, having previously granted the motion for summary judgment filed by defendant Chicago Title Insurance Company ("Chicago Title"), NOW HEREBY ORDERS:

    1.    Judgment is hereby entered in favor of Chicago Title and against Plaintiff Yun Matsuba ("Matsuba") on her Verified Complaint in this action;

    2.    Matsuba shall take nothing by this action;

    3.    Chicago Title shall recover its costs of suit from Matsuba ~~in the sum of $_____~~.

Dated: September 11, 2013        _____
                                          The Honorable Audrey B. Collins
                                          United States District Court Judge

